1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8

9   KENT CHAMBERS,                                    No. C 14-04816 JSW

10              Plaintiff,

11      v.                                            **ORDER VACATING REFERRAL**

12   FRONTIER MANAGEMENT, LLC,

13              Defendant.
                                                    /
14

15        This matter has already been assigned to Magistrate Judge Vadas for discovery.  Therefore,

16   the Court HEREBY VACATES the Order of Referral issued on this date.  The parties shall address

17   their discovery disputes to Magistrate Judge Vadas in accordance with his procedures.

18        **IT IS SO ORDERED.**

19

20   Dated: July 20, 2015

21                                                    JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

United States District Court
For the Northern District of California